IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISCTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This Document Related to:
See Exhibit A

## **NOTICE OF CHANGE OF LAW FIRM**

PLEASE TAKE NOTICE that Melissa Fry Hague previously of Goldman Scarlato & Penny, attorney for plaintiffs on all cases listed in Exhibit A, moved to The Joel Bieber Firm.. The Joel Bieber Firm's address is Two Liberty Place, 50 S. 16th Street, Suite 1700, Philadelphia, PA 19102. Please also note a new phone number 267-554-2414 and email mhague@joelbieber.com. Kindly update the docket with the new contact information.

Respectfully submitted,

March 16, 2026                 By: */s/ Melissa Fry Hague*
                               Melissa Fry Hague
                               THE JOEL BIEBER FIRM
                               Two Liberty Place
                               50 S. 16th Street, Suite 1700
                               Philadelphia, PA 19102
                               Telephone: 267-554-2414
                               Facsimile: 610-860-3652

## EXHIBIT A

| Case Name | Docket Number |
|---|---|
| Cheryl Kistuline, et al v. Cook Inc., et al. | 1:17-cv-0502 |
| Linda Cooper, et al v. Cook Inc., et al. | 1:18-cv-0665 |
| Sariah Leffel, et al v. Cook Inc., et al. | 1:18-cv-3041 |
| Cindy Fanaro-Gaines, et al v. Cook Inc., et al. | 1:19-cv-1998 |
| Charles Wallace, Jr. v. Cook Inc., et al. | 1:19-cv-2000 |
| Jewel Holloway, et al v. Cook Inc., et al. | 1:19-cv-3879 |
| Harry Worrell, et al v. Cook Inc., et al. | 1:19-cv-3883 |
| Estate of Vikki Mowery v. Cook Inc., et al. | 1:19-cv-3884 |
| Holly Peterson, et al v. Cook Inc., et al. | 1:19-cv-3885 |
| Roy Fields, et al v. Cook Inc., et al. | 1:19-cv-4088 |
| John Yeary, et al v. Cook Inc., et al. | 1:19-cv-4090 |
| Susan Port v. Cook Inc., et al. | 1:19-cv-4092 |
| Margaret Zyskowski, et al v. Cook Inc., et al. | 1:19-cv-4384 |
| Connie Langston v. Cook Inc., et al. | 1:19-cv-4387 |
| Cindy Levendosky v. Cook Inc., et al. | 1:19-cv-4414 |
| Tammy Wester v. Cook Inc., et al. | 1:19-cv-4631 |
| Robert Poh v. Cook Inc., et al. | 1:19-cv-4633 |
| Elaine Belcher, et al v. Cook Inc., et al. | 1:19-cv-4634 |
| Richard Morrissett, et al v. Cook Inc., et al. | 1:19-cv-5054 |
| Louis Urcinole, et al v. Cook Inc., et al. | 1:19-cv-5055 |
| Patti Robinson v. Cook Inc., et al. | 1:19-cv-5056 |
| Suzanne Plante v. Cook Inc., et al. | 1:20-cv-2697 |
| Thomas Bryant v. Cook Inc., et al. | 1:20-cv-2698 |
| Melody Rahall, et al v. Cook Inc., et al. | 1:20-cv-0868 |
| Sonya Simons v. Cook Inc., et al. | 1:20-cv-0869 |